UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:12cr182 |
| ) | |
| HENOCK GHILE, ) | |
| a.k.a "Knots," ) | |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION

Sex Trafficking of a Juvenile

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in and around May 2011 and in and around September 2011, within the Eastern District of Virginia, the defendant, HENOCK GHILE, also known as "Knots," did knowingly transport, in and affecting interstate commerce, a juvenile, S.S., in reckless disregard of that fact that S.S. had not attained the age of 18 years, and knowing that S.S. would be caused to engage in a commercial sex act.

(In violation of Title 18, United States Code, Section 1591(a)(1))

Neil H. MacBride
United States Attorney

By: _____
Marc J. Birnbaum
Special Assistant United States Attorney

_____
Inayat Delawala
Assistant United States Attorney

FILED IN OPEN COURT
MAY 14 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA